UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 87-8003-CR-ZLOCH

UNITED STATES OF AMERICA

v.

CONSTANTIN CONTOGEORGOS,

    Defendant.
_____/

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of court endorsed hereon, the United States Attorney for the Southern District of Florida, based on the death certificate, with translation, of defendant Constantin Contogeorgos, evidencing his death in Greece, on August 6, 2016, hereby moves to dismiss the above-captioned Indictment against defendant, Constantin Contogeorgos.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Leave of court is granted for the filing of the foregoing dismissal.

WILLIAM J. ZLOCH
UNITED STATES DISTRICT JUDGE

Date: 10/17/16